# IN THE SUPREME COURT OF THE STATE OF NEVADA

LESEAN TARUS COLLINS,
     Appellant,
   vs.
THE STATE OF NEVADA,
     Respondent.

No. 80535

**FILED**

MAR 0 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on March 4, 2010. Appellant did not file the notice of appeal, however, until February 3, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

           _____, J.
           Gibbons

_____, J.     _____, J.
Stiglich         Silver

20-08819

cc: Hon. Michelle Leavitt, District Judge
Lesean Tarus Collins
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A